JOHN RICH et al., Appellants, v. NEW YORK WHITE LINE TOURS, INC., et al., Defendants, and LOUIS GOLDFARB et al., Copartners Doing Business under the Name of NATIONAL FACTORS, Defendants-Respondents.—

Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.